IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Gilead Sciences, Inc. and Emory University | ) | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| Plaintiff(s) | ) | |
| v. | ) | |
| Mylan, Inc. and Mylan Pharmaceuticals, Inc. | ) | Case No.: **14-cv-3928(RJS)** |
| Defendant(s) | ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Gilead Sciences, Inc. and Emory University   and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) Mylan, Inc. and Mylan Pharmaceuticals, Inc.

Date: June 27, 2014

*Signature of plaintiffs or plaintiff's counsel*

1290 Avenue of the Americas
*Address*

New York, NY 10104
*City, State & Zip Code*

212-218-2100
*Telephone Number*