Sullivan, R.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Gilead Sciences, Inc. and
Emory University

                      Plaintiff(s)

v.

Mylan, Inc. and Mylan
Pharmaceuticals, Inc.

                      Defendant(s)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Case No.: **14-cv-3928(RJS)**

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Gilead Sciences, Inc. and Emory University and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) Mylan, Inc. and Mylan Pharmaceuticals, Inc.

Date: June 27, 2014

SO ORDERED
Dated:
RICHARD J. SULLIVAN
U.S.D.J.
6/27/14

Signature of plaintiffs or plaintiff's counsel

1290 Avenue of the Americas
*Address*

New York, NY 10104
*City, State & Zip Code*

212-218-2100
*Telephone Number*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2014